IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-9-D
No. 5:17-CV-205-D

| | |
|---|---|
| DENNIS RAY HOWARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On February 22, 2018, Dennis Ray Howard ("Howard") moved to alter or amend this court's judgment of January 22, 2018 [D.E. 143]. The court has considered the motion under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995).

The motion [D.E. 143] lacks merit and is DENIED.

SO ORDERED. This 18 day of January 2019.

JAMES C. DEVER III
United States District Judge